Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Ally Financial, Inc
500 Woodward Ave
Detroit, MI 48226-3416

American Honda Finance
Attn: Bankruptcy
PO Box 168088
Irving, TX 75016

Avant LLC
Attn: Bankruptcy
222 Merchandise Mart Plz Ste 900
Chicago, IL 60654-1105

Best Egg
1523 Concord Pike Suite 201
Wilmington, DE 19803

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy 7933 Preston Rd
Plano, TX 75024-2302

Chase Card Services
Attn: Bankruptcy P.O. 15298
Wilmington, DE 19850

Chrysler Capital
Po Box 660335
Dallas, TX 75266-0335

Citibank/Best Buy
Centralized Bk dept
PO Box 790034
St Louis, MO 63179

Citibank/The Home Depot
dept St Louis,
Citicorp Credit Srvs/
PO Box 790034
Centralized BkMO63179

Clicklease LLC
1182w W 2400 S
W Valley City, UT 84119-1500

Cornerstone
Po Box 82561
Lincoln, NE 68501

CoverWallet, Inc.
1 Liberty Plz Ste 3201
New York, NY 10006-1404

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Delaware Valley School District
236 209 US-6
Milford, PA 18337

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851


Fingerhut
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303


Geico
1 Geico Plz
Bethesda, MD 20810-0001


Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2102


Hudson Heritage F C
25 Rykowski Lane
Middletown, NY 10941


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


JPMorgan Chase Bank N.A.
Bankruptcy Mail Intake Team
700 Kansas Ln Fl 1
Monroe, LA 71203-4774


Lendclub Bnk
Attn: Bankruptcy Attn: Bankruptcy
595 Market Street , Suite 200
San Francisco, CA 94105

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251


Optimum
1 Ct Square W
Long Island City, NY 11101


Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001


Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210


PennyMac Loan Services, LLC
Unit Los Angeles,
Attn:
PO Box 514387
CorrespondenceCA90051

Pike County Light & Power (PCLP)
105 Schneider Ln
Milford, PA 18337


Pike County Tax Claim Bureau
506 Broad St
Milford, PA 18337-1539

Prosper Funding LLC
221 Main Street Suite 300
San Francisco, CA 94105


Santander Consumer Usa
Po Box 961211
Fort Worth, TX 76161


Seventh Ave
Attn: Bankruptcy 1112 7th Avenue
Monroe, WI 53566


Syncb/Venmo
Attn: Bankruptcy
P.O. Box 965064
Orlando, FL 32896-5060


Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/TJX
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


U.S. Attorney, Middle District
of Pa.
235 N Washington Ave Ste 311
Scranton, PA 18503-1533


U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Verizon Wireless
Attn: Bankruptcy Administration
500 Technology Dr Ste 550
Saint Charles, MO 63304-2225

Westfall Township
102 Labarr Ln
Matamoras, PA 18336-2437