IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 13

Gordon Lee DeFreese, Jr.
Larissa Iris DeFreese
    DEBTOR                          :        BKY. NO. 5:23-bk-02855-mjc

O R D E R

AND NOW, this _____ day of _____, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **1/17/2024** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.