## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:** Gordon Lee DeFreese Jr.            **BK NO. 23-02855 MJC**
       Larissa Iris DeFreese

               **Debtor(s)**                **Chapter 13**

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PennyMac Loan Services, LLC and index same on the master mailing list.

                                                Respectfully submitted,

                                     /s/ *Michael Farrington*
                                     Michael Farrington
                                     05 Jan 2024, 15:15:02, EST

                                     KML Law Group, P.C.
                                     BNY Mellon Independence Center
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA  19106
                                     215-627-1322