

| | Employee Name: | Gordon DeFreese Jr | Pay Date: | 11/3/2023 |
| --- | --- | --- | --- | --- |
| | Employee #: | 100004330 | Pay Period: | 10/22/2023 - 10/28/2023 |
| | Employee Address: | 107 Laurel Acres Rd Milford, PA 18337 | Deposit Advice #: | 685102490 |
| | | | Pay Frequency: | Weekly |
| | Department: | OPS - Drivers | Federal Filing Status: | Married |
| | Job Assignment: | Residential Driver MSW | Federal 2c/Extra Withholding: | No/$0.00 |
| **Employer Name:** Interstate Waste Services, Inc | | | State Filing Status: | Married (NY) |
| **Employer Phone:** 973-286-7016 | | | State Exemptions: | 0 (NY) |

| | Current 10/22/2023 - 10/28/2023 | | | YTD As of 10/28/2023 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 41.70 | | $1,199.48 | 41.70 | $1,199.48 |
| Overtime 1.5 | 1.70 | 42.2850 | $71.88 | 1.70 | $71.88 |
| Regular | 40.00 | 28.1900 | $1,127.60 | 40.00 | $1,127.60 |
| **Pre-Tax Deductions** | | | $71.97 | | $71.97 |
| 401K EE Ded | | | $71.97 | | $71.97 |
| **Taxes** | | | $148.26 | | $148.26 |
| FICA EE | | | $74.37 | | $74.37 |
| Fed MWT EE | | | $17.39 | | $17.39 |
| NY W/H | | | $50.44 | | $50.44 |
| NY DT EE | | | $0.60 | | $0.60 |
| NY FLIT | | | $5.46 | | $5.46 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $979.25 | | $979.25 |
| Direct Deposit | 021202337 | XXXXX3252 | $979.25 | | |



| **Employee Name:** | Gordon DeFreese Jr | **Pay Date:** | 11/10/2023 |
|---|---|---|---|
| **Employee #:** | 100004330 | **Pay Period:** | 10/29/2023 - 11/4/2023 |
| **Employee Address:** | 107 Laurel Acres Rd | **Deposit Advice #:** | 688621095 |
| | Milford, PA 18337 | **Pay Frequency:** | Weekly |
| **Department:** | OPS - Drivers | **Federal Filing Status:** | Married |
| **Job Assignment:** | Residential Driver MSW | **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Employer Name:** | Interstate Waste Services, Inc | **State Filing Status:** | Married (NY) |
| **Employer Phone:** | 973-286-7016 | **State Exemptions:** | 0 (NY) |

| | Current 10/29/2023 - 11/4/2023 | | | YTD As of 11/4/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 40.45 | | $1,146.63 | 82.15 | $2,346.11 |
| Overtime 1.5 | 0.45 | 42.2850 | $19.03 | 2.15 | $90.91 |
| Regular | 40.00 | 28.1900 | $1,127.60 | 80.00 | $2,255.20 |
| **Pre-Tax Deductions** | | | $68.80 | | $140.77 |
| 401K EE Ded | | | $68.80 | | $140.77 |
| **Taxes** | | | $141.25 | | $289.51 |
| FICA EE | | | $71.09 | | $145.46 |
| Fed MWT EE | | | $16.63 | | $34.02 |
| NY W/H | | | $47.71 | | $98.15 |
| NY DT EE | | | $0.60 | | $1.20 |
| NY FLIT | | | $5.22 | | $10.68 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $936.58 | | $1,915.83 |
| Direct Deposit | 021202337 | XXXXX3252 | $936.58 | | |

CERIDIAN



| **Employee Name:** | Gordon DeFreese Jr | **Pay Date:** | 11/17/2023 |
| **Employee #:** | 100004330 | **Pay Period:** | 11/5/2023 - 11/11/2023 |
| **Employee Address:** | 107 Laurel Acres Rd | **Deposit Advice #:** | 691216269 |
| | Milford, PA 18337 | **Pay Frequency:** | Weekly |
| **Department:** | OPS - Drivers | **Federal Filing Status:** | Married |
| **Job Assignment:** | Residential Driver MSW | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | | **State Filing Status:** | Married (NY) |
| | | **State Exemptions:** | 0 (NY) |

**Employer Name:** Interstate Waste Services, Inc
**Employer Phone:** 973-286-7016

|  | Current 11/5/2023 - 11/11/2023 | | | YTD As of 11/11/2023 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 41.47 | | $1,189.62 | 123.62 | $3,535.73 |
| Overtime 1.5 | 1.47 | 42.2850 | $62.02 | 3.62 | $152.93 |
| Regular | 40.00 | 28.1900 | $1,127.60 | 120.00 | $3,382.80 |
| **Memo Information** | | | $28.55 | | $28.55 |
| 401k 40% of First 6% New | | | $28.55 | | $28.55 |
| **Pre-Tax Deductions** | | | $71.38 | | $212.15 |
| 401K EE Ded | | | $71.38 | | $212.15 |
| **Taxes** | | | $146.95 | | $436.46 |
| FICA EE | | | $73.76 | | $219.22 |
| Fed MWT EE | | | $17.25 | | $51.27 |
| NY W/H | | | $49.93 | | $148.08 |
| NY DT EE | | | $0.60 | | $1.80 |
| NY FLIT | | | $5.41 | | $16.09 |
|  | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $971.29 | | $2,887.12 |
| Direct Deposit | 021202337 | XXXXX3252 | $971.29 | | |



**INTERSTATE WASTE SERVICES**

| | | | |
|---|---|---|---|
| Employee Name: | Gordon DeFreese Jr | Pay Date: | 11/24/2023 |
| Employee #: | 100004330 | Pay Period: | 11/12/2023 - 11/18/2023 |
| Employee Address: | 107 Laurel Acres Rd Milford, PA 18337 | Deposit Advice #: | 695126019 |
| | | Pay Frequency: | Weekly |
| Department: | OPS - Drivers | Federal Filing Status: | Married |
| Job Assignment: | Residential Driver MSW | Federal 2c/Extra Withholding: | No/$0.00 |
| | | State Filing Status: | Married (NY) |
| | | State Exemptions: | 0 (NY) |

**Employer Name:** Interstate Waste Services, Inc
**Employer Phone:** 973-286-7016

| | Current 11/12/2023 - 11/18/2023 | | | YTD As of 11/18/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 46.57 | | $1,405.27 | 170.18 | $4,941.00 |
| Overtime 1.5 | 6.57 | 42.2850 | $277.67 | 10.18 | $430.60 |
| Regular | 40.00 | 28.1900 | $1,127.60 | 160.00 | $4,510.40 |
| **Memo Information** | | | $33.73 | | $62.28 |
| 401k 40% of First 6% New | | | $33.73 | | $62.28 |
| **Pre-Tax Deductions** | | | $84.32 | | $296.47 |
| 401K EE Ded | | | $84.32 | | $296.47 |
| **Taxes** | | | $184.77 | | $621.23 |
| Fed W/H | | | $9.21 | | $9.21 |
| FICA EE | | | $87.12 | | $306.34 |
| Fed MWT EE | | | $20.37 | | $71.64 |
| NY W/H | | | $61.08 | | $209.16 |
| NY DT EE | | | $0.60 | | $2.40 |
| NY FLIT | | | $6.39 | | $22.48 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,136.18 | | $4,023.30 |
| Direct Deposit | 021202337 | XXXXX3252 | $1,136.18 | | |

CERIDIAN