

**Wolters Kluwer**
C T Corporation System
2050 West 190th Street, Suite 310
Torrance, CA 90504

08/11/2023        D1502301

## ADVICE OF DEPOSIT - NON-NEGOTIABLE        $2,988.46

LARISSA DEFREESE
107 LAUREL ACRES RD
MILFORD, PA 18337

USM 1800200        B1TA-1-

# NON-NEGOTIABLE

◄───── REMOVE DOCUMENT ALONG THIS PERFORATION ─────►

| Employee | | Emp ID | Social Security | Status | Res-Work Exempt/Allow | Number |
|---|---|---|---|---|---|---|
| LARISSA DEFREESE | | 25817 | XXX-XX-XXXX | US-M PA-S | PA-0/0 | D1502301 |
| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CCH02 | 1 | CS | | 02/01/18 | 07/24/23 | 08/06/23 | 08/11/23 |

| Earnings | Rate | Units | Current | Year To Date | Direct Deposit Accounts | Amount |
|---|---|---|---|---|---|---|
| Regular Pay | 27.3200 | 59.8900 | 1,636.20 | 29,261.17 | Savings - XXXXXX8625 | 30.00 |
| Straight Overtime - 1.0x | 27.3200 | 0.1100 | 3.00 | 1,491.65 | Checking - XXXXX1908 | 2,958.46 |
| Overtime - 1.5x | 40.9800 | 15.9600 | 654.04 | 9,917.81 | | |
| Vacation Pay | - | - | - | 1,374.40 | | |
| Sick Pay | 27.3200 | 20.0000 | 546.40 | 1,081.24 | | Current | Year To Date |
| Prior Year PTO/VAC Paid Cur. YR | - | - | - | 390.88 | W2 Gross | 3,981.66 | 43,036.51 |
| Group Term Life > $50,000 | | | 1.23 | 19.68 | | | |
| Commission- Quarterly | - | - | 426.05 | 1,015.30 | | | |
| Bonus- Quarterly | - | - | 1,000.00 | 3,309.11 | | | |
| Total | | | 4,266.92 | 47,861.24 | | | |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 424.17 | 2,505.20 |
| Social Security (FICA) | 248.48 | 2,710.30 |
| Federal Medicare | 58.11 | 633.86 |
| Pennsylvania Income Tax | 123.00 | 1,341.40 |
| Pennsylvania Unemployment EE | 2.60 | 32.74 |
| Westfall Twp LST (Pike) | 2.00 | 33.00 |
| Westfall Twp Res (Pike) | 40.07 | 436.95 |
| Total | 898.43 | 7,693.45 |

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Savings Plan | 26.09 | 678.01 |
| Pretax Dental | 21.60 | 345.60 |
| Pretax Medical | 237.57 | 3,801.12 |
| Total | 285.26 | 4,824.73 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Loan 4 | 63.89 | 983.10 |
| Group Term Life> $50000 Offset | 1.23 | 19.68 |
| 401(k) Loan 5 | 29.65 | 367.74 |
| Total | 94.77 | 1,370.52 |

| Net Pay | | |
|---|---|---|
| Net Pay | 2,988.46 | 33,972.54 |

All Vacation, Sick, and other
Time Off is tracked in Workday

C T Corporation System - 2050 West 190th Street Torrance, CA 90504 - (310) 800-9300
© 2006 ADP, LLC All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Wolters Kluwer**
C T Corporation System
2050 West 190th Street, Suite 310
Torrance, CA 90504

08/25/2023    D1508674

## ADVICE OF DEPOSIT - NON-NEGOTIABLE    $1,955.75

LARISSA DEFREESE
107 LAUREL ACRES RD
MILFORD, PA 18337

USM 1800200    B1WA-1-

## NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT
REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | Emp ID | Social Security | Status | Res-Work Exempt/Allow | Number |
|---|---|---|---|---|---|
| LARISSA DEFREESE | 25817 | XXX-XX-XXXX | US-M PA-S | PA-0/0 | D1508674 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| CCH02 | 1 | | CS | 02/01/18 | 08/07/23 | 08/20/23 | 08/25/23 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 27.3200 | 80.0000 | 2,185.60 | 31,446.77 |
| Straight Overtime - 1.0x | - | - | - | 1,491.65 |
| Overtime - 1.5x | 40.9800 | 12.5900 | 515.93 | 10,433.74 |
| Vacation Pay | - | - | - | 1,374.40 |
| Sick Pay | - | - | - | 1,081.24 |
| Prior Year PTO/VAC Paid Cur. YR | - | - | - | 390.88 |
| Group Term Life > $50,000 | - | - | 1.23 | 20.91 |
| Commission-Quarterly | - | - | - | 1,015.30 |
| Bonus-Quarterly | - | - | - | 3,309.11 |
| Total | | | 2,702.76 | 50,564.00 |

| Direct Deposit Accounts | Amount |
|---|---|
| Savings - XXXXXX8625 | 30.00 |
| Checking - XXXXX1908 | 1,925.75 |

| | Current | Year To Date |
|---|---|---|
| W2 Gross | 2,421.73 | 45,458.24 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 80.99 | 2,586.19 |
| Social Security (FICA) | 151.50 | 2,861.80 |
| Federal Medicare | 35.43 | 669.29 |
| Pennsylvania Income Tax | 74.98 | 1,416.38 |
| Pennsylvania Unemployment EE | 1.89 | 34.63 |
| Westfall Twp LST (Pike) | 2.00 | 35.00 |
| Westfall Twp Res (Pike) | 24.42 | 461.37 |
| Total | 371.21 | 8,064.66 |

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Savings Plan | 21.86 | 699.87 |
| Pretax Dental | 21.60 | 367.20 |
| Pretax Medical | 237.57 | 4,038.69 |
| Total | 281.03 | 5,105.76 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Loan 4 | 63.89 | 1,046.99 |
| Group Term Life> $50000 Offset | 1.23 | 20.91 |
| 401(k) Loan 5 | 29.65 | 397.39 |
| Total | 94.77 | 1,465.29 |

| Net Pay | | |
|---|---|---|
| Net Pay | 1,955.75 | 35,928.29 |

All Vacation, Sick, and other
Time Off is tracked in Workday

C T Corporation System - 2050 West 190th Street Torrance, CA 90504 - (310) 800-9300
© 2006 ADP, LLC All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Wolters Kluwer**
C T Corporation System
2050 West 190th Street, Suite 310
Torrance, CA 90504

09/08/2023    D1518796

**ADVICE OF DEPOSIT - NON-NEGOTIABLE**    $1,860.63

LARISSA DEFREESE
107 LAUREL ACRES RD
MILFORD, PA 18337

USM 1800200    B20A-1-    **NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | Emp ID | Social Security | Status | Res-Work Exempt/Allow | Number |
|---|---|---|---|---|---|---|
| LARISSA DEFREESE | | 25817 | XXX-XX-XXXX | US-M PA-S | PA-0/0 | D1518796 |
| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CCH02 | 1 | | CS | 02/01/18 | 08/21/23 | 09/03/23 | 09/08/23 |

| Earnings | Rate | Units | Current | Year To Date | Direct Deposit Accounts | Amount |
|---|---|---|---|---|---|---|
| Regular Pay | 27.3200 | 78.1800 | 2,135.88 | 33,582.65 | Savings - XXXXXX8625 | 30.00 |
| Straight Overtime - 1.0x | 27.3200 | 1.8200 | 49.72 | 1,541.37 | Checking - XXXXX1908 | 1,830.63 |
| Overtime - 1.5x | 40.9800 | 9.0700 | 371.69 | 10,805.43 | | |
| Vacation Pay | - | - | - | 1,374.40 | | |
| Sick Pay | - | - | - | 1,081.24 | | Current | Year To Date |
| Prior Year PTO/VAC Paid Cur. YR | - | - | - | 390.88 | W2 Gross | 2,277.99 | 47,736.23 |
| Group Term Life > $50,000 | - | - | 1.23 | 22.14 | | |
| Commission-Quarterly | - | - | - | 1,015.30 | | |
| Bonus-Quarterly | - | - | - | 3,309.11 | | |
| Total | | | 2,558.52 | 53,122.52 | | |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 49.37 | 2,635.56 |
| Social Security (FICA) | 142.56 | 3,004.36 |
| Federal Medicare | 33.34 | 702.63 |
| Pennsylvania Income Tax | 70.55 | 1,486.93 |
| Pennsylvania Unemployment EE | 1.79 | 36.42 |
| Westfall Twp LST (Pike) | 2.00 | 37.00 |
| Westfall Twp Res (Pike) | 22.98 | 484.35 |
| Total | 322.59 | 8,387.25 |

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Savings Plan | 21.36 | 721.23 |
| Pretax Dental | 21.60 | 388.80 |
| Pretax Medical | 237.57 | 4,276.26 |
| Total | 280.53 | 5,386.29 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Loan 4 | 63.89 | 1,110.88 |
| Group Term Life> $50000 Offset | 1.23 | 22.14 |
| 401(k) Loan 5 | 29.65 | 427.04 |
| Total | 94.77 | 1,560.06 |

| Net Pay | | |
|---|---|---|
| Net Pay | 1,860.63 | 37,788.92 |

All Vacation, Sick, and other Time Off is tracked in Workday

C T Corporation System - 2050 West 190th Street, Torrance, CA 90504 - (310) 800-9300
© 2006 ADP, LLC  All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Wolters Kluwer**
CT Corporation System
2050 West 190th Street, Suite 310
Torrance, CA 90504

09/22/2023  D1526969

**ADVICE OF DEPOSIT - NON-NEGOTIABLE**  $2,224.22

LARISSA DEFREESE
107 LAUREL ACRES RD
MILFORD, PA 18337

USM 1800200    B24A-1-    **NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT
REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | Emp ID | Social Security | Status | Res-Work Exempt/Allow | Number |
|---|---|---|---|---|---|---|
| LARISSA DEFREESE | | 25817 | XXX-XX-XXXX | US-M PA-S | PA-0/0 | D1526969 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| CCH02 | 1 | CS | | 02/01/18 | 09/04/23 | 09/17/23 | 09/22/23 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 27.3200 | 69.6900 | 1,903.93 | 35,486.58 |
| Straight Overtime - 1.0x | 27.3200 | 8.3800 | 228.94 | 1,770.31 |
| Overtime - 1.5x | 40.9800 | 18.4200 | 754.85 | 11,560.28 |
| Vacation Pay | 27.3200 | 8.0000 | 218.56 | 1,592.96 |
| Sick Pay | - | - | - | 1,081.24 |
| Prior Year PTO/VAC Paid Cur. YR | - | - | - | 390.88 |
| Group Term Life > $50,000 | - | - | 1.23 | 23.37 |
| Commission-Quarterly | - | - | - | 1,015.30 |
| Bonus-Quarterly | - | - | - | 3,309.11 |
| Total | | | 3,107.51 | 56,230.03 |

| Direct Deposit Accounts | Amount |
|---|---|
| Savings - XXXXXX8625 | 30.00 |
| Checking - XXXXX1908 | 2,194.22 |

| | Current | Year To Date |
|---|---|---|
| W2 Gross | 2,827.12 | 50,563.35 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 170.18 | 2,805.74 |
| Social Security (FICA) | 176.60 | 3,180.96 |
| Federal Medicare | 41.30 | 743.93 |
| Pennsylvania Income Tax | 87.41 | 1,574.34 |
| Pennsylvania Unemployment EE | 2.17 | 38.59 |
| Westfall Twp LST (Pike) | 2.00 | 39.00 |
| Westfall Twp Res (Pike) | 28.47 | 512.82 |
| Total | 508.13 | 8,895.38 |

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Savings Plan | 21.22 | 742.45 |
| Pretax Dental | 21.60 | 410.40 |
| Pretax Medical | 237.57 | 4,513.83 |
| Total | 280.39 | 5,666.68 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Loan 4 | 63.89 | 1,174.77 |
| Group Term Life> $50000 Offset | 1.23 | 23.37 |
| 401(k) Loan 5 | 29.65 | 456.69 |
| Total | 94.77 | 1,654.83 |

| Net Pay | Current | Year To Date |
|---|---|---|
| Net Pay | 2,224.22 | 40,013.14 |

All Vacation, Sick, and other
Time Off is tracked in Workday

CT Corporation System - 2050 West 190th Street, Torrance, CA 90504 - (310) 800-9300
© 2006 ADP, LLC All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Wolters Kluwer**
C T Corporation System
2050 West 190th Street, Suite 310
Torrance, CA 90504

10/06/2023     D1535300

**ADVICE OF DEPOSIT - NON-NEGOTIABLE**     $2,237.28

LARISSA DEFREESE
107 LAUREL ACRES RD
MILFORD, PA 18337

USM 1800200     B29A-1-     **NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | Emp ID | Social Security | Status | Res-Work Exempt/Allow | Number |
|---|---|---|---|---|---|---|
| LARISSA DEFREESE | | 25817 | XXX-XX-XXXX | US-M PA-S | PA-0/0 | D1535300 |
| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CCH02 | 1 | | CS | 02/01/18 | 09/18/23 | 10/01/23 | 10/06/23 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 27.3200 | 64.0000 | 1,748.48 | 37,235.06 |
| Straight Overtime - 1.0x | 27.3200 | 16.0000 | 437.12 | 2,207.43 |
| Overtime - 1.5x | 40.9800 | 12.3000 | 504.06 | 12,064.34 |
| Vacation Pay | 27.3200 | 8.0000 | 218.56 | 1,811.52 |
| Sick Pay | - | - | - | 1,081.24 |
| Bereavement Pay | 27.3200 | 8.0000 | 218.56 | 218.56 |
| Prior Year PTO/VAC Paid Cur. YR | - | - | - | 390.88 |
| Group Term Life > $50,000 | - | - | 1.23 | 24.60 |
| Commission-Quarterly | - | - | - | 1,015.30 |
| Bonus-Quarterly | - | - | - | 3,309.11 |
| Total | | | 3,128.01 | 59,358.04 |

| Direct Deposit Accounts | Amount |
|---|---|
| Savings - XXXXXX8625 | 30.00 |
| Checking - XXXXX1908 | 2,207.28 |

| | Current | Year To Date |
|---|---|---|
| W2 Gross | 2,846.98 | 53,410.33 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 174.55 | 2,980.29 |
| Social Security (FICA) | 177.87 | 3,358.83 |
| Federal Medicare | 41.60 | 785.53 |
| Pennsylvania Income Tax | 88.04 | 1,662.38 |
| Pennsylvania Unemployment EE | 2.19 | 40.78 |
| Westfall Twp LST (Pike) | 2.00 | 41.00 |
| Westfall Twp Res (Pike) | 28.68 | 541.50 |
| Total | 514.93 | 9,410.31 |

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Savings Plan | 21.86 | 764.31 |
| Pretax Dental | 21.60 | 432.00 |
| Pretax Medical | 237.57 | 4,751.40 |
| Total | 281.03 | 5,947.71 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Loan 4 | 63.89 | 1,238.66 |
| Group Term Life> $50000 Offset | 1.23 | 24.60 |
| 401(k) Loan 5 | 29.65 | 486.34 |
| Total | 94.77 | 1,749.60 |

| Net Pay | Current | Year To Date |
|---|---|---|
| Net Pay | 2,237.28 | 42,250.42 |

All Vacation, Sick, and other
Time Off is tracked in Workday

C T Corporation System - 2050 West 190th Street Torrance, CA 90504 - (310) 800-9300
© 2006 ADP, LLC All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Wolters Kluwer**
C T Corporation System
2050 West 190th Street, Suite 310
Torrance, CA 90504

10/20/2023          D1545863

**ADVICE OF DEPOSIT - NON-NEGOTIABLE**          $1,878.05

LARISSA DEFREESE
107 LAUREL ACRES RD
MILFORD, PA 18337

USM 1800200          B2CA-1-          **NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT
REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | Emp ID | Social Security | Status | Res-Work Exempt/Allow | Number |
|---|---|---|---|---|---|---|
| LARISSA DEFREESE | | 25817 | XXX-XX-XXXX | US-M PA-S | PA-0/0 | D1545863 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| CCH02 | 1 | | CS | 02/01/18 | 10/02/23 | 10/15/23 | 10/20/23 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 27.3200 | 48.0000 | 1,311.36 | 38,546.42 |
| Straight Overtime - 1.0x | 27.3200 | 1.0900 | 29.78 | 2,237.21 |
| Overtime - 1.5x | 40.9800 | 9.0000 | 368.82 | 12,433.16 |
| Vacation Pay | 27.3200 | 32.0000 | 874.24 | 2,685.76 |
| Sick Pay | - | - | - | 1,081.24 |
| Bereavement Pay | - | - | - | 218.56 |
| Prior Year PTO/VAC Paid Cur. YR | - | - | - | 390.88 |
| Group Term Life > $50,000 | - | - | 1.23 | 25.83 |
| Commission-Quarterly | - | - | - | 1,015.30 |
| Bonus-Quarterly | - | - | - | 3,309.11 |
| Total | | | 2,585.43 | 61,943.47 |

| Direct Deposit Accounts | Amount |
|---|---|
| Savings - XXXXX8625 | 30.00 |
| Checking - XXXXX3112 | 1,848.05 |

| | Current | Year To Date |
|---|---|---|
| W2 Gross | 2,304.40 | 55,714.73 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 55.18 | 3,035.47 |
| Social Security (FICA) | 144.23 | 3,503.06 |
| Federal Medicare | 33.73 | 819.26 |
| Pennsylvania Income Tax | 71.38 | 1,733.76 |
| Pennsylvania Unemployment EE | 1.81 | 42.59 |
| Westfall Twp LST (Pike) | 2.00 | 43.00 |
| Westfall Twp Res (Pike) | 23.25 | 564.75 |
| Total | 331.58 | 9,741.89 |

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Savings Plan | 21.86 | 786.17 |
| Pretax Dental | 21.60 | 453.60 |
| Pretax Medical | 237.57 | 4,988.97 |
| Total | 281.03 | 6,228.74 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Loan 4 | 63.89 | 1,302.55 |
| Group Term Life> $50000 Offset | 1.23 | 25.83 |
| 401(k) Loan 5 | 29.65 | 515.99 |
| Total | 94.77 | 1,844.37 |

| Net Pay | | |
|---|---|---|
| Net Pay | 1,878.05 | 44,128.47 |

All Vacation, Sick, and other
Time Off is tracked in Workday

C T Corporation System  -  2050 West 190th Street  Torrance,  CA  90504  -  (310) 800-9300
© 2006 ADP, LLC  All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Wolters Kluwer**
C T Corporation System
2050 West 190th Street, Suite 310
Torrance, CA 90504

11/03/2023    D1556099

**ADVICE OF DEPOSIT - NON-NEGOTIABLE**    $2,121.70

LARISSA DEFREESE
107 LAUREL ACRES RD
MILFORD, PA 18337

USM 1800200    B2EA-1-    **NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT
REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | Emp ID | Social Security | Status | Res-Work Exempt/Allow | Number |
|---|---|---|---|---|---|---|
| LARISSA DEFREESE | | 25817 | XXX-XX-XXXX | US-M PA-S | PA-0/0 | D1556099 |
| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CCH02 | 1 | | CS | 02/01/18 | 10/16/23 | 10/29/23 | 11/03/23 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 27.3200 | 64.0000 | 1,748.48 | 40,294.90 |
| Straight Overtime - 1.0x | 27.3200 | 16.0000 | 437.12 | 2,674.33 |
| Overtime - 1.5x | 40.9800 | 8.0400 | 329.48 | 12,762.64 |
| Vacation Pay | 27.3200 | 16.0000 | 437.12 | 3,122.88 |
| Sick Pay | - | - | - | 1,081.24 |
| Bereavement Pay | - | - | - | 218.56 |
| Prior Year PTO/VAC Paid Cur. YR | - | - | - | 390.88 |
| Group Term Life > $50,000 | - | - | 1.23 | 27.06 |
| Commission-Quarterly | - | - | - | 1,015.30 |
| Bonus-Quarterly | - | - | - | 3,309.11 |
| Total | | | 2,953.43 | 64,896.90 |

| Direct Deposit Accounts | Amount |
|---|---|
| Savings - XXXXXX8625 | 30.00 |
| Checking - XXXXX3112 | 2,091.70 |

| | Current | Year To Date |
|---|---|---|
| W2 Gross | 2,672.40 | 58,387.13 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 136.14 | 3,171.61 |
| Social Security (FICA) | 167.04 | 3,670.10 |
| Federal Medicare | 39.07 | 858.33 |
| Pennsylvania Income Tax | 82.68 | 1,816.44 |
| Pennsylvania Unemployment EE | 2.07 | 44.66 |
| Westfall Twp LST (Pike) | 2.00 | 45.00 |
| Westfall Twp Res (Pike) | 26.93 | 591.68 |
| Total | 455.93 | 10,197.82 |

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Savings Plan | 21.86 | 808.03 |
| Pretax Dental | 21.60 | 475.20 |
| Pretax Medical | 237.57 | 5,226.54 |
| Total | 281.03 | 6,509.77 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Loan 4 | 63.89 | 1,366.44 |
| Group Term Life> $50000 Offset | 1.23 | 27.06 |
| 401(k) Loan 5 | 29.65 | 545.64 |
| Total | 94.77 | 1,939.14 |

| Net Pay | | |
|---|---|---|
| Net Pay | 2,121.70 | 46,250.17 |

All Vacation, Sick, and other
Time Off is tracked in Workday

C T Corporation System - 2050 West 190th Street Torrance, CA 90504 - (310) 800-9300
© 2006 ADP, LLC All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

**Wolters Kluwer**
C T Corporation System
2050 West 190th Street, Suite 310
Torrance, CA 90504

11/10/2023                D1560466

**ADVICE OF DEPOSIT - NON-NEGOTIABLE**                $605.92

LARISSA DEFREESE
107 LAUREL ACRES RD
MILFORD, PA 18337

USM 1800200           B2FA-1-                **NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | Emp ID | Social Security | Status | Res-Work Exempt/Allow | Number |
|---|---|---|---|---|---|---|
| LARISSA DEFREESE | | 25817 | XXX-XX-XXXX | US-M PA-S | PA-0/0 | D1560466 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| CCH02 | 1 | | CS | 02/01/18 | 11/10/23 | 11/10/23 | 11/10/23 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | - | - | - | 40,294.90 |
| Straight Overtime - 1.0x | - | - | - | 2,674.33 |
| Overtime - 1.5x | - | - | - | 12,762.64 |
| Vacation Pay | - | - | - | 3,122.88 |
| Sick Pay | - | - | - | 1,081.24 |
| Bereavement Pay | - | - | - | 218.56 |
| Prior Year PTO/VAC Paid Cur. YR | - | - | - | 390.88 |
| Group Term Life > $50,000 | - | - | - | 27.06 |
| Commission- Quarterly | - | - | 226.60 | 1,241.90 |
| Bonus- Quarterly | - | - | 692.72 | 4,001.83 |
| Total | | | 919.32 | 65,816.22 |

| Direct Deposit Accounts | Amount |
|---|---|
| Savings - XXXXXX8625 | 30.00 |
| Checking - XXXXX3112 | 575.92 |

| | Current | Year To Date |
|---|---|---|
| W2 Gross | 917.05 | 59,304.18 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 201.75 | 3,373.36 |
| Social Security (FICA) | 57.00 | 3,727.10 |
| Federal Medicare | 13.33 | 871.66 |
| Pennsylvania Income Tax | 28.22 | 1,844.66 |
| Pennsylvania Unemployment EE | 0.64 | 45.30 |
| Westfall Twp LST (Pike) | 1.00 | 46.00 |
| Westfall Twp Res (Pike) | 9.19 | 600.87 |
| Total | 311.13 | 10,508.95 |

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Savings Plan | 2.27 | 810.30 |
| Pretax Dental | - | 475.20 |
| Pretax Medical | - | 5,226.54 |
| Total | 2.27 | 6,512.04 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Loan 4 | - | 1,366.44 |
| 401(k) Loan 5 | - | 545.64 |
| Total | - | 1,912.08 |

| Net Pay | | |
|---|---|---|
| Net Pay | 605.92 | 46,856.09 |

All Vacation, Sick, and other
Time Off is tracked in Workday

C T Corporation System  -  2050 West 190th Street  Torrance,  CA  90504  -  (310) 800-9300
© 2006 ADP, LLC  All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Wolters Kluwer**
C T Corporation System
2050 West 190th Street, Suite 310
Torrance, CA 90504

11/17/2023　　　D1566265

**ADVICE OF DEPOSIT - NON-NEGOTIABLE**　　　$1,935.14

LARISSA DEFREESE
107 LAUREL ACRES RD
MILFORD, PA 18337

USM 1800200　　　B2HA-1-

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.
REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Res-Work Exempt/Allow | | Number |
|---|---|---|---|---|---|---|---|---|
| LARISSA DEFREESE | | | 25817 | XXX-XX-XXXX | US-M PA-S | PA-0/0 | | D1566265 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CCH02 | | 1 | | CS | 02/01/18 | 10/30/23 | 11/12/23 | 11/17/23 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 27.3200 | 80.0000 | 2,185.60 | 42,480.50 |
| Straight Overtime - 1.0x | - | - | - | 2,674.33 |
| Overtime - 1.5x | 40.9800 | 11.8300 | 484.80 | 13,247.44 |
| Vacation Pay | - | - | - | 3,122.88 |
| Sick Pay | - | - | - | 1,081.24 |
| Bereavement Pay | - | - | - | 218.56 |
| Prior Year PTO/VAC Paid Cur. YR | - | - | - | 390.88 |
| Group Term Life > $50,000 | - | - | 1.23 | 28.29 |
| Commission- Quarterly | - | - | - | 1,241.90 |
| Bonus- Quarterly | - | - | - | 4,001.83 |
| Total | | | 2,671.63 | 68,487.85 |

| Direct Deposit Accounts | Amount |
|---|---|
| Savings - XXXXXX8625 | 30.00 |
| Checking - XXXXX3112 | 1,905.14 |

| | Current | Year To Date |
|---|---|---|
| W2 Gross | 2,390.60 | 61,694.78 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 74.14 | 3,447.50 |
| Social Security (FICA) | 149.57 | 3,876.67 |
| Federal Medicare | 34.98 | 906.64 |
| Pennsylvania Income Tax | 74.02 | 1,918.68 |
| Pennsylvania Unemployment EE | 1.87 | 47.17 |
| Westfall Twp LST (Pike) | 2.00 | 48.00 |
| Westfall Twp Res (Pike) | 24.11 | 624.98 |
| Total | 360.69 | 10,869.64 |

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Savings Plan | 21.86 | 832.16 |
| Pretax Dental | 21.60 | 496.80 |
| Pretax Medical | 237.57 | 5,464.11 |
| Total | 281.03 | 6,793.07 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Loan 4 | 63.89 | 1,430.33 |
| Group Term Life> $50000 Offset | 1.23 | 28.29 |
| 401(k) Loan 5 | 29.65 | 575.29 |
| Total | 94.77 | 2,033.91 |

| Net Pay | | |
|---|---|---|
| Net Pay | 1,935.14 | 48,791.23 |

All Vacation, Sick, and other Time Off is tracked in Workday

C T Corporation System - 2050 West 190th Street Torrance, CA 90504 - (310) 800-9300
© 2006 ADP, LLC All Rights Reserved