IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Gordon Lee DeFreese, Jr.<br>Larissa Iris DeFreese | | |
| DEBTOR | : | BKY. NO. 5:23-bk-02855-mjc |

**O R D E R**

UPON consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **1/17/2024** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 11, 2024