VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

 **Wolters Kluwer**
C T Corporation System
2050 West 190th Street, Suite 310
Torrance, CA 90504

12/01/2023    D1572799

## ADVICE OF DEPOSIT - NON-NEGOTIABLE

$1,922.64

LARISSA DEFREESE
107 LAUREL ACRES RD
MILFORD, PA 18337

USM 1800200         B2KA-1-

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Res-Work Exempt/ Allow | | Number |
|---|---|---|---|---|---|---|---|---|
| LARISSA DEFREESE | | | 25817 | XXX-XX-XXXX | US- M PA- S | PA- 0/ 0 | | D1572799 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| CCH02 | 1 | CS | | 02/ 01/ 18 | 11/ 13/ 23 | 11/ 26/ 23 | 12/ 01/ 23 |

| Earnings | Rate | Units | Current | Year To Date | Direct Deposit Accounts | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 27.3200 | 76.5300 | 2,090.80 | 44,571.30 | Savings - XXXXXX8625 | | | 30.00 |
| Straight Overtime - 1.0x | 27.3200 | 3.4200 | 93.43 | 2,767.76 | Checking - XXXXX3112 | | | 1,892.64 |
| Overtime - 1.5x | 40.9800 | 9.0900 | 372.51 | 13,619.95 | | | | |
| Vacation Pay | 27.3200 | 3.4700 | 94.80 | 3,217.68 | | | | |
| Sick Pay | - | - | - | 1,081.24 | | | Current | Year To Date |
| Bereavement Pay | - | - | - | 218.56 | W2 Gross | | 2,371.74 | 64,066.52 |
| Prior Year PTO/ VAC Paid Cur. YR | - | - | - | 390.88 | | | | |
| Group Term Life > $50,000 | - | - | 1.23 | 29.52 | | | | |
| Commission- Quarterly | - | - | - | 1,241.90 | | | | |
| Bonus- Quarterly | - | - | - | 4,001.83 | | | | |
| Total | | | 2,652.77 | 71,140.62 | | | | |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 69.99 | 3,517.49 |
| Social Security ( FICA) | 148.40 | 4,025.07 |
| Federal Medicare | 34.71 | 941.35 |
| Pennsylvania Income Tax | 73.45 | 1,992.13 |
| Pennsylvania Unemployment EE | 1.86 | 49.03 |
| Westfall Twp LST ( Pike) | 2.00 | 50.00 |
| Westfall Twp Res ( Pike) | 23.92 | 648.90 |
| Total | 354.33 | 11,223.97 |

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Savings Plan | 21.86 | 854.02 |
| Pretax Dental | 21.60 | 518.40 |
| Pretax Medical | 237.57 | 5,701.68 |
| Total | 281.03 | 7,074.10 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Loan 4 | 63.89 | 1,494.22 |
| Group Term Life> $50000 Offset | 1.23 | 29.52 |
| 401(k) Loan 5 | 29.65 | 604.94 |
| Total | 94.77 | 2,128.68 |

| Net Pay | Current | Year To Date |
|---|---|---|
| Net Pay | 1,922.64 | 50,713.87 |

All Vacation, Sick, and other
Time Off is tracked in Workday

C T Corporation System - 2050 West 190th Street Torrance, CA 90504 - (310) 800-9300
© 2006 ADP, LLC All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARKEST TOP TO LIGHTER AT BOTTOM

**Wolters Kluwer**
C T Corporation System
2050 West 190th Street, Suite 310
Torrance, CA 90504

12/15/2023    D1582094

## ADVICE OF DEPOSIT - NON-NEGOTIABLE    $1,889.62

LARISSA DEFREESE
107 LAUREL ACRES RD
MILFORD, PA 18337

USM 1800200    B2QA-1-

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

— — — — REMOVE DOCUMENT ALONG THIS PERFORATION — — — —

| Employee | | | Emp ID | Social Security | Status | | Res-Work Exempt/ Allow | | Number |
|---|---|---|---|---|---|---|---|---|---|
| LARISSA DEFREESE | | | 25817 | XXX-XX-XXXX | US- M PA- S | | PA- 0/ 0 | | D1582094 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| CCH02 | 1 | CS | | 02/ 01/ 18 | 11/ 27/ 23 | 12/ 10/ 23 | 12/ 15/ 23 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 27.3200 | 64.0000 | 1,748.48 | 46,319.78 |
| Straight Overtime - 1.0x | 27.3200 | 1.0700 | 29.23 | 2,796.99 |
| Overtime - 1.5x | 40.9800 | 9.4400 | 386.85 | 14,006.80 |
| Vacation Pay | 27.3200 | 16.0000 | 437.12 | 3,654.80 |
| Sick Pay | - | - | - | 1,081.24 |
| Bereavement Pay | - | - | - | 218.56 |
| Prior Year PTO/ VAC Paid Cur. YR | - | - | - | 390.88 |
| Group Term Life > $50,000 | - | - | 1.23 | 30.75 |
| Commission- Quarterly | - | - | - | 1,241.90 |
| Bonus- Quarterly | - | - | - | 4,001.83 |
| Total | | | 2,602.91 | 73,743.53 |

| Direct Deposit Accounts | | Amount |
|---|---|---|
| Checking - XXXXX3112 | | 1,889.62 |

| | Current | Year To Date |
|---|---|---|
| W2 Gross | 2,321.88 | 66,388.40 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 59.02 | 3,576.51 |
| Social Security ( FICA) | 145.32 | 4,170.39 |
| Federal Medicare | 33.98 | 975.33 |
| Pennsylvania Income Tax | 71.92 | 2,064.05 |
| Pennsylvania Unemployment EE | 1.82 | 50.85 |
| Westfall Twp LST (Pike) | 2.00 | 52.00 |
| Westfall Twp Res (Pike) | 23.43 | 672.33 |
| Total | 337.49 | 11,561.46 |

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Savings Plan | 21.86 | 875.88 |
| Pretax Dental | 21.60 | 540.00 |
| Pretax Medical | 237.57 | 5,939.25 |
| Total | 281.03 | 7,355.13 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Loan 4 | 63.89 | 1,558.11 |
| Group Term Life> $50000 Offset | 1.23 | 30.75 |
| 401(k) Loan 5 | 29.65 | 634.59 |
| Total | 94.77 | 2,223.45 |

| Net Pay | | |
|---|---|---|
| Net Pay | 1,889.62 | 52,603.49 |

All Vacation, Sick, and other
Time Off is tracked in Workday

C T Corporation System  -  2050 West 190th Street  Torrance,  CA  90504 -  (310) 800-9300

© 2008 ADP, LLC  All Rights Reserved