IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Gordon Lee DeFreese, Jr.
Larissa Iris DeFreese
    DEBTOR : BKY. NO. 5:23-bk-02855-mjc

APPLICATION FOR AN EXTENSION OF TIME
TO FILE SCHEDULES, PLAN AND STATEMENT
OF FINANCIAL AFFAIRS

1. Debtors filed for protection under **Chapter 13** on **December 20, 2023.**

2. An order was entered giving Debtors time to file schedules.

3. Debtors may seek application to extend time for cause.

4. The Schedules are complete and just waiting for debtor's signatures.

4. Debtors needs an extension until **1/24/2024** to attend to the schedules and to compile the information necessary.

5. The Petition was served upon all creditors and any other interested parties.

Wherefore, Debtor prays for an Order extending time to file Chapter 13 Schedules, Plan and Statement of Financial Affairs until **1/24/2024.**

Respectfully Submitted,

Date: January 17, 2024

/s/ Michael A. Cibik
Michael A. Cibik, Esquire
Cibik Law, PC
1500 Walnut Street, Ste 900
Philadelphia, PA 19102