IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Gordon Lee DeFreese, Jr.
Larissa Iris DeFreese
    DEBTOR : BKY. NO. 5:23-bk-02855-mjc

**O R D E R**

    AND NOW, this     day of      , 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

    It is Ordered that the Motion is Granted. Debtor has until **1/24/2024** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.