

| | | Employee Name: | Gordon DeFreese Jr | Pay Date: | 10/28/2022 |
| | | Employee #: | 100002642 | Pay Period: | 10/16/2022 - 10/22/2022 |
| | | Employee Address: | 107 Laurel Acres Road Milford, PA 18337 | Deposit Advice #: | 543926887 |
| | | | | Pay Frequency: | Weekly |
| | | Department: | OPS - Drivers | Federal Filing Status: | Single |
| | | Job Assignment: | Residential Driver MSW | Federal 2c/Extra Withholding: | No |
| **Employer Name:** | Interstate Waste Services, Inc | | | State Filing Status: | Single (NY) |
| **Employer Phone:** | 973-286-7016 | | | State Exemptions: | 0 (NY) |

| | Current 10/16/2022 - 10/22/2022 | | | YTD As of 10/22/2022 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **41.17** | | **$1,035.82** | **1,031.83** | **$26,198.22** |
| Overtime 1.5 | 1.17 | 37.2150 | $43.42 | 81.98 | $3,007.72 |
| Regular | 24.00 | 24.8100 | $595.44 | 909.85 | $22,153.68 |
| Holiday Pay | | | | 8.00 | $198.48 |
| Retro Pay | | | | | $44.42 |
| Sick Pay | 16.00 | 24.8100 | $396.96 | 32.00 | $793.92 |
| **Memo Information** | | | **$25.32** | | **$60.96** |
| ER Basic Life | | | $0.46 | | $11.04 |
| 401k 40% of First 6% New | | | $24.86 | | $49.92 |
| **Pre-Tax Deductions** | | | **$62.15** | | **$181.04** |
| 401K EE Ded | | | $62.15 | | $181.04 |
| **Taxes** | | | **$212.67** | | **$5,858.50** |
| Fed W/H | | | $83.00 | | $2,479.06 |
| FICA EE | | | $64.22 | | $1,624.29 |
| Fed MWT EE | | | $15.02 | | $379.87 |
| NY W/H | | | $44.54 | | $1,227.02 |
| NY DT EE | | | $0.60 | | $14.40 |
| NY FLIT | | | $5.29 | | $133.86 |
| **Post-Tax Deductions** | | | | | **$305.86** |
| 401K Loan 1 | | | | | $70.86 |
| Union Dues | | | | | $235.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$761.00** | | **$19,852.82** |
| Direct Deposit | 021202337 | XXXXX3252 | $761.00 | | |



| | Employee Name: | Gordon DeFreese Jr | Pay Date: | 12/1/2023 |
|---|---|---|---|---|
| | Employee #: | 100004330 | Pay Period: | 11/19/2023 - 11/25/2023 |
| | Employee Address: | 107 Laurel Acres Rd | Deposit Advice #: | 697232942 |
| | | Milford, PA 18337 | Pay Frequency: | Weekly |
| | Department: | OPS - Drivers | Federal Filing Status: | Married |
| | Job Assignment: | Residential Driver MSW | Federal 2c/Extra Withholding: | No/$0.00 |
| Employer Name: | Interstate Waste Services, Inc | | State Filing Status: | Married (NY) |
| Employer Phone: | 973-286-7016 | | State Exemptions: | 0 (NY) |

| | Current 11/19/2023 - 11/25/2023 | | | YTD As of 11/25/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **44.65** | | **$1,324.23** | **214.83** | **$6,265.23** |
| Overtime 1.5 | 4.65 | 42.2850 | $196.63 | 14.83 | $627.23 |
| Regular | 40.00 | 28.1900 | $1,127.60 | 200.00 | $5,638.00 |
| **Memo Information** | | | **$31.78** | | **$94.06** |
| 401k 40% of First 6% New | | | $31.78 | | $94.06 |
| **Pre-Tax Deductions** | | | **$79.45** | | **$375.92** |
| 401K EE Ded | | | $79.45 | | $375.92 |
| **Taxes** | | | **$164.90** | | **$786.13** |
| Fed W/H | | | $0.07 | | $9.28 |
| FICA EE | | | $82.10 | | $388.44 |
| Fed MWT EE | | | $19.21 | | $90.85 |
| NY W/H | | | $56.89 | | $266.05 |
| NY DT EE | | | $0.60 | | $3.00 |
| NY FLIT | | | $6.03 | | $28.51 |
| **Post-Tax Deductions** | | | **$126.82** | | **$126.82** |
| Union Dues | | | $42.00 | | $42.00 |
| Check Off-L108 | | | $22.32 | | $22.32 |
| Initiation Fees | | | $62.50 | | $62.50 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$953.06** | | **$4,976.36** |
| Direct Deposit | 021202337 | XXXXX3252 | $953.06 | | |



| | | **Employee Name:** | Gordon DeFreese Jr | **Pay Date:** | 12/15/2023 |
|---|---|---|---|---|---|
| | | **Employee #:** | 100004330 | **Pay Period:** | 12/3/2023 - 12/9/2023 |
| | | **Employee Address:** | 107 Laurel Acres Rd Milford, PA 18337 | **Deposit Advice #:** | 703188377 |
| | | | | **Pay Frequency:** | Weekly |
| | | **Department:** | OPS - Drivers | **Federal Filing Status:** | Married |
| | | **Job Assignment:** | Residential Driver MSW | **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Employer Name:** | Interstate Waste Services, Inc | | | **State Filing Status:** | Married (NY) |
| **Employer Phone:** | 973-286-7016 | | | **State Exemptions:** | 0 (NY) |

| | Current 12/3/2023 - 12/9/2023 | | | YTD As of 12/9/2023 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **47.85** | | **$1,459.54** | **310.06** | **$9,164.57** |
| Overtime 1.5 | 7.85 | 42.2850 | $331.94 | 30.07 | $1,271.37 |
| Regular | 40.00 | 28.1900 | $1,127.60 | 279.99 | $7,893.20 |
| **Memo Information** | | | **$35.03** | | **$163.65** |
| 401k 40% of First 6% New | | | $35.03 | | $163.65 |
| **Pre-Tax Deductions** | | | **$87.57** | | **$549.88** |
| 401K EE Ded | | | $87.57 | | $549.88 |
| **Taxes** | | | **$198.12** | | **$1,177.51** |
| Fed W/H | | | $15.33 | | $37.71 |
| FICA EE | | | $90.49 | | $568.20 |
| Fed MWT EE | | | $21.17 | | $132.89 |
| NY W/H | | | $63.89 | | $392.81 |
| NY DT EE | | | $0.60 | | $4.20 |
| NY FLIT | | | $6.64 | | $41.70 |
| **Post-Tax Deductions** | | | **$86.42** | | **$299.43** |
| Union Dues | | | | | $42.00 |
| Check Off-L108 | | | $23.92 | | $69.93 |
| Initiation Fees | | | $62.50 | | $187.50 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,087.43** | | **$7,137.75** |
| Direct Deposit | 021202337 | XXXXX3252 | $1,087.43 | | |

CERIDIAN

Case 5:23-bk-02855-MJC    Doc 19    Filed 01/19/24    Entered 01/19/24 12:31:54    Desc Main Document    Page 3 of 6



| | Employee Name: | Gordon DeFreese Jr | Pay Date: | 12/15/2023 |
|---|---|---|---|---|
| | Employee #: | 100004330 | Pay Period: | 12/3/2023 - 12/9/2023 |
| | Employee Address: | 107 Laurel Acres Rd<br>Milford, PA  18337 | Deposit Advice #: | 703188377 |
| | | | Pay Frequency: | Weekly |
| | Department: | OPS - Drivers | Federal Filing Status: | Married |
| | Job Assignment: | Residential Driver MSW | Federal 2c/Extra Withholding: | No/$0.00 |
| **Employer Name:** | Interstate Waste Services, Inc | | State Filing Status: | Married (NY) |
| **Employer Phone:** | 973-286-7016 | | State Exemptions: | 0 (NY) |

| | Current<br>12/3/2023 - 12/9/2023 | | | YTD<br>As of 12/9/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **47.85** | | **$1,459.54** | **310.06** | **$9,164.57** |
| Overtime 1.5 | 7.85 | 42.2850 | $331.94 | 30.07 | $1,271.37 |
| Regular | 40.00 | 28.1900 | $1,127.60 | 279.99 | $7,893.20 |
| **Memo Information** | | | **$35.03** | | **$163.65** |
| 401k 40% of First 6% New | | | $35.03 | | $163.65 |
| **Pre-Tax Deductions** | | | **$87.57** | | **$549.88** |
| 401K EE Ded | | | $87.57 | | $549.88 |
| **Taxes** | | | **$198.12** | | **$1,177.51** |
| Fed W/H | | | $15.33 | | $37.71 |
| FICA EE | | | $90.49 | | $568.20 |
| Fed MWT EE | | | $21.17 | | $132.89 |
| NY W/H | | | $63.89 | | $392.81 |
| NY DT EE | | | $0.60 | | $4.20 |
| NY FLIT | | | $6.64 | | $41.70 |
| **Post-Tax Deductions** | | | **$86.42** | | **$299.43** |
| Union Dues | | | | | $42.00 |
| Check Off-L108 | | | $23.92 | | $69.93 |
| Initiation Fees | | | $62.50 | | $187.50 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,087.43** | | **$7,137.75** |
| Direct Deposit | 021202337 | XXXXX3252 | $1,087.43 | | |



| | | | | | |
|---|---|---|---|---|---|
| | | **Current** 10/9/2022 - 10/15/2022 | | **YTD** As of 10/15/2022 | |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 43.10 | | $1,107.77 | 990.67 | $25,162.40 |
| Overtime 1.5 | 3.10 | 37.2150 | $115.37 | 80.82 | $2,964.30 |
| Regular | 32.00 | 24.8100 | $793.92 | 885.85 | $21,558.24 |
| Holiday Pay | | | | 8.00 | $198.48 |
| Retro Pay | | | | | $44.42 |
| Sick Pay | 8.00 | 24.8100 | $198.48 | 16.00 | $396.96 |
| **Memo Information** | | | $0.46 | | $35.64 |
| ER Basic Life | | | $0.46 | | $10.58 |
| 401k 40% of First 6% New | | | | | $25.06 |
| **Pre-Tax Deductions** | | | | | $118.89 |
| 401K EE Ded | | | | | $118.89 |
| **Taxes** | | | $248.01 | | $5,645.83 |
| Fed W/H | | | $104.63 | | $2,396.06 |
| FICA EE | | | $68.68 | | $1,560.07 |
| Fed MWT EE | | | $16.06 | | $364.85 |
| NY W/H | | | $52.38 | | $1,182.48 |
| NY DT EE | | | $0.60 | | $13.80 |
| NY FLIT | | | $5.66 | | $128.57 |
| **Post-Tax Deductions** | | | | | $305.86 |
| 401K Loan 1 | | | | | $70.86 |
| Union Dues | | | | | $235.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $859.76 | | $19,091.82 |
| Direct Deposit | 021202337 | XXXXX3252 | $859.76 | | |

**Employer Name:** Interstate Waste Services, Inc
**Employer Phone:** 973-286-7016

**Employee Name:** Gordon DeFreese Jr
**Employee #:** 100002642
**Employee Address:** 107 Laurel Acres Road Milford, PA 18337
**Department:** OPS - Drivers
**Job Assignment:** Residential Driver MSW

**Pay Date:** 10/21/2022
**Pay Period:** 10/9/2022 - 10/15/2022
**Deposit Advice #:** 541480593
**Pay Frequency:** Weekly
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No
**State Filing Status:** Single (NY)
**State Exemptions:** 0 (NY)



| | | Employee Name: | Gordon DeFreese Jr | Pay Date: | 12/8/2023 |
|---|---|---|---|---|---|
| | | Employee #: | 100004330 | Pay Period: | 11/26/2023 - 12/2/2023 |
| | | Employee Address: | 107 Laurel Acres Rd Milford, PA 18337 | Deposit Advice #: | 700033674 |
| | | | | Pay Frequency: | Weekly |
| | | Department: | OPS - Drivers | Federal Filing Status: | Married |
| | | Job Assignment: | Residential Driver MSW | Federal 2c/Extra Withholding: | No/$0.00 |
| Employer Name: | Interstate Waste Services, Inc | | | State Filing Status: | Married (NY) |
| Employer Phone: | 973-286-7016 | | | State Exemptions: | 0 (NY) |

| | Current 11/26/2023 - 12/2/2023 | | | YTD As of 12/2/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **47.38** | | **$1,439.80** | **262.21** | **$7,705.03** |
| Overtime 1.5 | 7.38 | 42.2850 | $312.20 | 22.22 | $939.43 |
| Regular | 40.00 | 28.1900 | $1,127.60 | 239.99 | $6,765.60 |
| **Memo Information** | | | **$34.56** | | **$128.62** |
| 401k 40% of First 6% New | | | $34.56 | | $128.62 |
| **Pre-Tax Deductions** | | | **$86.39** | | **$462.31** |
| 401K EE Ded | | | $86.39 | | $462.31 |
| **Taxes** | | | **$193.26** | | **$979.39** |
| Fed W/H | | | $13.10 | | $22.38 |
| FICA EE | | | $89.27 | | $477.71 |
| Fed MWT EE | | | $20.87 | | $111.72 |
| NY W/H | | | $62.87 | | $328.92 |
| NY DT EE | | | $0.60 | | $3.60 |
| NY FLIT | | | $6.55 | | $35.06 |
| **Post-Tax Deductions** | | | **$86.19** | | **$213.01** |
| Union Dues | | | | | $42.00 |
| Check Off-L108 | | | $23.69 | | $46.01 |
| Initiation Fees | | | $62.50 | | $125.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,073.96** | | **$6,050.32** |
| Direct Deposit | 021202337 | XXXXX3252 | $1,073.96 | | |

Case 5:23-bk-02855-MJC    Doc 19    Filed 01/19/24    Entered 01/19/24 12:31:54    Desc  Page 1 of 1
Main Document    Page 6 of 6