IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Gordon Lee DeFreese, Jr.<br>Larissa Iris DeFreese | |
| | BKY. NO. 5:23-bk-02855-MJC |
| DEBTORS | |

**O R D E R**

Upon consideration of Debtor's Second Motion for an Extension of Time to file Chapter 13 Schedules, Plan and Statement of Financial Affairs, Dkt. # 17, it is hereby

**ORDERED** that the Motion is **GRANTED**. Debtor shall file the necessary Schedules, Plan, Statement of Financial Affairs and any and all other required documents on or before January 24, 2024 or the case may be dismissed without further notice or hearing.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 19, 2024