United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 23-02855-MJC
Gordon Lee DeFreese , Jr     Chapter 13
Larissa Iris DeFreese
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 19, 2024     Form ID: ntnew341     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Gordon Lee DeFreese, Jr., Larissa Iris DeFreese, 107 Laurel Acres Rd, Milford, PA 18337-7657 |
| 5585152 | + | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 5586173 | | CoverWallet, Inc., 1 Liberty Plz Ste 3201, New York, NY 10006-1404 |
| 5585154 | | Delaware Valley School District, 236 209 US-6, Milford, PA 18337 |
| 5585159 | + | Hudson Heritage F C, 25 Rykowski Lane, Middletown, NY 10941-4019 |
| 5585163 | | Optimum, 1 Ct Square W, Long Island City, NY 11101 |
| 5585166 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5585168 | + | Pike County Light & Power (PCLP), 105 Schneider Ln, Milford, PA 18337-7845 |
| 5585169 | + | Pike County Tax Claim Bureau, 506 Broad St, Milford, PA 18337-1596 |
| 5585176 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5585179 | | Westfall Township, 102 Labarr Ln, Matamoras, PA 18336-2437 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 19 2024 18:46:30 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5585143 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 19 2024 18:43:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 5585141 | + | Email/Text: backoffice@affirm.com | Jan 19 2024 18:43:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 5585664 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 19 2024 18:45:57 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5585142 | | Email/Text: ally@ebn.phinsolutions.com | Jan 19 2024 18:43:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5585144 | | Email/Text: bk@avant.com | Jan 19 2024 18:43:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 5585145 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 19 2024 18:46:45 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 5586172 | | Email/Text: bky@clicklease.com | Jan 19 2024 18:43:00 | Clicklease LLC, 1182w W 2400 S, W Valley City, UT 84119-150 |
| 5585146 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2024 18:46:08 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5585147 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 19 2024 18:46:50 | Capital One Auto Finance, Attn: Bankruptcy 7933 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Preston Rd, Plano, TX 75024-2302 |
| 5590522 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2024 18:45:37 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5585149 | | Email/Text: enotifications@santanderconsumerusa.com | Jan 19 2024 18:43:00 | Chrysler Capital, Po Box 660335, Dallas, TX 75266-0335 |
| 5585150 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2024 18:45:49 | Citibank/Best Buy, Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 5585152 | ^ | MEBN | Jan 19 2024 18:37:33 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 5585153 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2024 18:46:23 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5585155 | | Email/Text: mrdiscen@discover.com | Jan 19 2024 18:43:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5585979 | | Email/Text: mrdiscen@discover.com | Jan 19 2024 18:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5585156 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 19 2024 18:43:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5585157 | | Email/Text: argbsref@geico.com | Jan 19 2024 18:43:00 | Geico, 1 Geico Plz, Bethesda, MD 20810-0001 |
| 5585158 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 19 2024 18:43:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 5585160 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 19 2024 18:43:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5585148 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 19 2024 18:46:08 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5585161 | + | Email/Text: Documentfiling@lciinc.com | Jan 19 2024 18:43:00 | Lendclub Bnk, Attn: Bankruptcy Attn: Bankruptcy, 595 Market Street , Suite 200, San Francisco, CA 94105-2802 |
| 5585162 | | Email/PDF: cbp@omf.com | Jan 19 2024 18:46:47 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5585164 | | Email/Text: fesbank@attorneygeneral.gov | Jan 19 2024 18:43:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5585165 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2024 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5585170 | ^ | MEBN | Jan 19 2024 18:37:21 | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 5589857 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 19 2024 18:43:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5585171 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 19 2024 18:43:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5585172 | + | Email/Text: bankruptcy@sccompanies.com | Jan 19 2024 18:43:00 | Seventh Ave, Attn: Bankruptcy 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5585173 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 19 2024 18:46:50 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 5585174 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 19 2024 18:46:53 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5585175 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 19 2024 18:45:53 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5588518 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 19 2024 18:43:00 | U.S. Department of Education c/o Nelnet, 121 S |

| | | | |
|---|---|---|---|
| 5585177 | ^ MEBN | Jan 19 2024 18:37:24 | 13th St, Lincoln, NE 68508-1904<br>U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5585178 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 19 2024 18:43:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5585151 | | Citibank/The Home Depot, dept, St Louis,, Citicorp Credit Srvs/, PO Box 790034, Centralized BkMO63179 |
| 5585167 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |
| 5586174 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Gordon Lee DeFreese Jr. mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| Michael A. Cibik | on behalf of Debtor 2 Larissa Iris DeFreese mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gordon Lee DeFreese Jr.,

**Debtor 1**

Larissa Iris DeFreese,

**Debtor 2**

Chapter 13

Case No. 5:23−bk−02855−MJC

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 12, 2024<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PatriciaRatchford, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 19, 2024 |

ntnew341 (09/23)