BL9847757

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, WILKES BARRE DIVISION

In Re:     GORDON LEE DEFREESE JR         Chapter: 13
           LARISSA IRIS DEFREESE               Bankruptcy No: 5:23-02855-MJC

## WITHDRAWAL OF CLAIM

Clicklease LLC, by and through its counsel, withdraws its Proof of Claim number 7 filed on January 29th, 2024, for account number ending in 8858 in the amount of $26,704.68.

Respectfully submitted,

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702
610-228-2570
proofofclaim@becket-lee.com

DATE:     2/5/2024