United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 23-02855-MJC

Gordon Lee DeFreese , Jr                                      Chapter 13

Larissa Iris DeFreese

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                                User: AutoDocke                                  Page 1 of 4
Date Rcvd: Feb 12, 2024                  Form ID: ntcnfhrg                                Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**            **Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^                    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Gordon Lee DeFreese, Jr., Larissa Iris DeFreese, 107 Laurel Acres Rd, Milford, PA 18337-7657 |
| 5586173 | | CoverWallet, Inc., 1 Liberty Plz Ste 3201, New York, NY 10006-1404 |
| 5585154 | | Delaware Valley School District, 236 209 US-6, Milford, PA 18337 |
| 5585159 | + | Hudson Heritage F C, 25 Rykowski Lane, Middletown, NY 10941-4019 |
| 5585163 | | Optimum, 1 Ct Square W, Long Island City, NY 11101 |
| 5585166 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5585168 | + | Pike County Light & Power (PCLP), 105 Schneider Ln, Milford, PA 18337-7845 |
| 5585169 | + | Pike County Tax Claim Bureau, 506 Broad St, Milford, PA 18337-1596 |
| 5585176 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5585179 | | Westfall Township, 102 Labarr Ln, Matamoras, PA 18336-2437 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 12 2024 18:54:17 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5585143 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 12 2024 18:38:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 5593246 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2024 18:43:34 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5585141 | + | Email/Text: backoffice@affirm.com | Feb 12 2024 18:38:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 5585664 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 12 2024 18:54:17 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5585142 | | Email/Text: ally@ebn.phinsolutions.com | Feb 12 2024 18:38:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5585144 | | Email/Text: bk@avant.com | Feb 12 2024 18:38:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 5585145 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 12 2024 18:43:34 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 5586172 | | Email/Text: bky@clicklease.com | Feb 12 2024 18:38:00 | Clicklease LLC, 1182w W 2400 S, W Valley City, UT 84119-150 |
| 5585146 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2024 18:43:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5585147 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 12 2024 18:43:03 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 5590522 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2024 18:54:07 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5585149 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 12 2024 18:38:00 | Chrysler Capital, Po Box 660335, Dallas, TX 75266-0335 |
| 5585150 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2024 18:54:12 | Citibank/Best Buy, Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 5592649 | | Email/PDF: bncnotices@becket-lee.com | Feb 12 2024 18:54:17 | Clicklease LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5585152 | ^ | MEBN | Feb 12 2024 18:36:38 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 5585153 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 12 2024 18:43:30 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5585155 | | Email/Text: mrdiscen@discover.com | Feb 12 2024 18:38:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5585979 | | Email/Text: mrdiscen@discover.com | Feb 12 2024 18:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5585156 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 12 2024 18:38:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5585157 | | Email/Text: argbsref@geico.com | Feb 12 2024 18:38:00 | Geico, 1 Geico Plz, Bethesda, MD 20810-0001 |
| 5585158 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 12 2024 18:38:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 5585160 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2024 18:38:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5594557 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2024 18:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5585148 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 12 2024 18:43:52 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5590821 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 12 2024 18:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5585161 | + | Email/Text: Documentfiling@lciinc.com | Feb 12 2024 18:38:00 | Lendclub Bnk, Attn: Bankruptcy Attn: Bankruptcy, 595 Market Street , Suite 200, San Francisco, CA 94105-2802 |
| 5585162 | | Email/PDF: cbp@omf.com | Feb 12 2024 18:43:30 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5585164 | | Email/Text: fesbank@attorneygeneral.gov | Feb 12 2024 18:38:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5585165 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2024 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5594917 | + | Email/PDF: ebnotices@pnmac.com | Feb 12 2024 18:54:12 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5585170 | ^ | MEBN | Feb 12 2024 18:35:50 | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 5589857 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 12 2024 18:38:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5585171 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 12 2024 18:38:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5585172 | + | Email/Text: bankruptcy@sccompanies.com | Feb 12 2024 18:38:00 | Seventh Ave, Attn: Bankruptcy 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5585173 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2024 18:54:15 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 5585174 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2024 18:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5585175 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2024 18:43:26 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5588518 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 12 2024 18:38:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5585177 | ^ | MEBN | Feb 12 2024 18:35:51 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5585178 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 12 2024 18:38:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5585151 | | Citibank/The Home Depot, dept, St Louis,, Citicorp Credit Srvs/, PO Box 790034, Centralized BkMO63179 |
| 5585167 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |
| cr | * | Clicklease LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 5586174 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Gordon Lee DeFreese Jr. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael A. Cibik | on behalf of Debtor 2 Larissa Iris DeFreese help@cibiklaw.com |

| | |
|---|---|
| | noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gordon Lee DeFreese Jr., | Chapter 13 |
| **Debtor 1** | |
| Larissa Iris DeFreese, | Case No. 5:23−bk−02855−MJC |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 12, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 19, 2024<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PatriciaRatchford, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 12, 2024 |

ntcnfhrg (08/21)