United States Bankruptcy Court

Middle District of Pennsylvania

In re: Gordon Lee DeFreese, Jr / Larissa Iris DeFreese, Debtors

Case No. 23-02855-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 4
Date Rcvd: Feb 12, 2024    Form ID: pdf002    Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Gordon Lee DeFreese, Jr., Larissa Iris DeFreese, 107 Laurel Acres Rd, Milford, PA 18337-7657 |
| 5586173 | | CoverWallet, Inc., 1 Liberty Plz Ste 3201, New York, NY 10006-1404 |
| 5585154 | | Delaware Valley School District, 236 209 US-6, Milford, PA 18337 |
| 5585159 | + | Hudson Heritage F C, 25 Rykowski Lane, Middletown, NY 10941-4019 |
| 5585163 | | Optimum, 1 Ct Square W, Long Island City, NY 11101 |
| 5585166 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5585168 | + | Pike County Light & Power (PCLP), 105 Schneider Ln, Milford, PA 18337-7845 |
| 5585169 | + | Pike County Tax Claim Bureau, 506 Broad St, Milford, PA 18337-1596 |
| 5585176 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5585179 | | Westfall Township, 102 Labarr Ln, Matamoras, PA 18336-2437 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 12 2024 18:54:06 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5585143 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 12 2024 18:38:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 5593246 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2024 18:43:32 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5585141 | + | Email/Text: backoffice@affirm.com | Feb 12 2024 18:38:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 5585664 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 12 2024 18:54:16 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5585142 | | Email/Text: ally@ebn.phinsolutions.com | Feb 12 2024 18:38:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5585144 | | Email/Text: bk@avant.com | Feb 12 2024 18:38:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 5585145 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 12 2024 18:43:27 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 5586172 | | Email/Text: bky@clicklease.com | Feb 12 2024 18:38:00 | Clicklease LLC, 1182w W 2400 S, W Valley City, UT 84119-150 |
| 5585146 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2024 18:54:16 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

| Recipient # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5585147 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 12 2024 18:43:30 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 5590522 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2024 18:43:02 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5585149 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 12 2024 18:38:00 | Chrysler Capital, Po Box 660335, Dallas, TX 75266-0335 |
| 5585150 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2024 18:54:11 | Citibank/Best Buy, Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 5592649 | | Email/PDF: bncnotices@becket-lee.com | Feb 12 2024 18:54:12 | Clicklease LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5585152 | ^ | MEBN | Feb 12 2024 18:36:39 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 5585153 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 12 2024 18:43:32 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5585155 | | Email/Text: mrdiscen@discover.com | Feb 12 2024 18:38:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5585979 | | Email/Text: mrdiscen@discover.com | Feb 12 2024 18:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5585156 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 12 2024 18:38:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5585157 | | Email/Text: argbsref@geico.com | Feb 12 2024 18:38:00 | Geico, 1 Geico Plz, Bethesda, MD 20810-0001 |
| 5585158 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 12 2024 18:38:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 5585160 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2024 18:38:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5594557 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2024 18:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5585148 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 12 2024 18:54:16 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5590821 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 12 2024 18:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5585161 | + | Email/Text: Documentfiling@lciinc.com | Feb 12 2024 18:38:00 | Lendclub Bnk, Attn: Bankruptcy Attn: Bankruptcy, 595 Market Street , Suite 200, San Francisco, CA 94105-2802 |
| 5585162 | | Email/PDF: cbp@omf.com | Feb 12 2024 18:54:06 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5585164 | | Email/Text: fesbank@attorneygeneral.gov | Feb 12 2024 18:38:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5585165 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2024 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5594917 | + | Email/PDF: ebnotices@pnmac.com | Feb 12 2024 18:54:16 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5585170 | ^ | MEBN | Feb 12 2024 18:35:49 | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 5589857 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 12 2024 18:38:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5585171 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 12 2024 18:38:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5585172 | + | Email/Text: bankruptcy@sccompanies.com | Feb 12 2024 18:38:00 | Seventh Ave, Attn: Bankruptcy 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5585173 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2024 18:54:07 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 5585174 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2024 18:54:11 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5585175 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2024 18:54:12 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5588518 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 12 2024 18:38:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5585177 | ^ | MEBN | Feb 12 2024 18:35:52 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5585178 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 12 2024 18:38:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5585151 | | Citibank/The Home Depot, dept, St Louis,, Citicorp Credit Srvs/, PO Box 790034, Centralized BkMO63179 |
| 5585167 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |
| cr | * | Clicklease LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 5586174 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Gordon Lee DeFreese Jr. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael A. Cibik | on behalf of Debtor 2 Larissa Iris DeFreese help@cibiklaw.com |

| | |
|---|---|
| | noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

Rev. 12/01/19

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:       CHAPTER 13

**DeFreese Jr, Gordon Lee
DeFreese, Larissa Iris**

CASE NO. **5:23-bk-02855-mjc**

✓ ORIGINAL PLAN
___ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)

  0   Number of Motions to Avoid Liens
  0   Number of Motions to Value Collateral

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| # | Provision | Included | Not Included |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ☑ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☑ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchasemoney security interest, set out in § 2.G. | ☐ Included | ☑ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1. PLAN FUNDING AND LENGTH OF PLAN.**

    A. **Plan Payments From Future Income**

        1. To date, the Debtor paid $ __0.00__ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $ __18,000.00__ , plus other payments and property stated in § 1B below:

1

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 01/2024 | 12/2028 | $300.00 | $0.00 | $300.00 | $18,000.00 |
|  |  |  |  | Total Payments: | $18,000.00 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ( ✓ ) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

   (   ) Debtor is over median income. Debtor estimates that a minimum of $ __0.00__ must be paid to allowed unsecured creditors in order to comply with the Means Test.

B. **Additional Plan Funding From Liquidation of Assets/Other**

   1. The Debtor estimates that the liquidation value of this estate is $ __0.00__. (Liquidation value is calculated as the value of all nonexempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

   *Check one of the following two lines.*

   __X__ No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

   ____ Certain assets will be liquidated as follows:

   2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $ _____ from the sale of property known and designated as _____ All sales shall be completed by _____, 20____. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____

   3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _____

2. **SECURED CLAIMS.**

   A. **Pre-Confirmation Distributions.** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

**B. Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| PennyMac Loan Services, LLC | 107 Laurel Acres Rd Milford, PA 18337-7657 | 8885 |
| Ally Financial, Inc | 2022 Ram Truck 3500 | 8894 |
| Hudson Heritage F C | 107 Laurel Acres Rd Milford, PA 18337-7657 | 0002 |
| Chrysler Capital | 2015 Dodge Durango | |

**C. Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

**D. Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

☑ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

**E. Secured claims for which a § 506 valuation is applicable.** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

**F. Surrender of Collateral.** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

**G. Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

☑ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3. PRIORITY CLAIMS.**

**A. Administrative Claims**

1. <u>Trustee's Fees.</u> Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. <u>Attorney's fees.</u> Complete only one of the following options:

   a. In addition to the retainer of $ __1,250.00__ already paid by the Debtor, the amount of $ __4,250.00__ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

   b. $ _____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. <u>Other.</u> Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

**B. Priority Claims (including, certain Domestic Support Obligations**

Allowed unsecured claims entitled to priority under § 1322(a) will be paid in full unless modified under §9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| | |

**C. Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

☑ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

- [ ] plan confirmation.
- [ ] entry of discharge.
- [x] closing of case.

**7. DISCHARGE: (Check one)**

- [x] The debtor will seek a discharge pursuant to § 1328(a).
- [ ] The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

5

Case 5:23-bk-02855-MJC    Doc 29    Filed 02/14/24    Entered 02/15/24 00:21:24    Desc
Imaged Certificate of Notice    Page 9 of 10

Dated: 01/22/2024          /s/ Michael A. Cibik
                           Attorney for Debtor

_____
Debtor

_____
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

6