B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re   GORDON LEE DEFREESE JR  
      LARISSA IRIS DEFREESE

Case No. 23-02855

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | Resurgent Capital Services as servicing agent for Best Egg |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
    LVNV Funding LLC  
    c/o Resurgent Capital Services  
    PO Box 10587  
    Greenville, SC 29603-0587

Phone: (877) 264-5884  
Last Four Digits of Acct #: 1403

Court Claim # (if known): 13  
Amount of Claim: $5,062.49  
Date Claim Filed: 02/19/2024

Phone: _____  
Last Four Digits of Acct. #: 6689

Name and Address where transferee payments should be sent (if different from above):

Phone: _____  
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Susan Gaines        Date: 3/27/2024  
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.