UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GORDON LEE DEFREESE , JR
LARISSA IRIS DEFREESE

      Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

      Movant

vs.

GORDON LEE DEFREESE , JR
LARISSA IRIS DEFREESE

      Respondent(s)

CASE NO: 5-23-02855-MJC

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 10, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on March 12, 2024.

2. A hearing was held and an Order was entered on April 25, 2024 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    GORDON LEE DEFREESE , JR
          LARISSA IRIS DEFREESE

             Debtor(s)           CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
             Movant           CASE NO: 5-23-02855-MJC

GORDON LEE DEFREESE , JR
LARISSA IRIS DEFREESE

             Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court           Date:    June 6, 2024
Max Rosenn U.S. Courthouse
Courtroom #2           Time:    10:00 AM
197 S. Main Street
Wilkes Barre, PA    18701

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date:    May 10, 2024           /s/    Agatha R. McHale, Esquire
                                                      Id:    47613
                                                      Attorney for Trustee
                                                      Jack N. Zaharopoulos
                                                      Standing Chapter 13 Trustee
                                                      Suite A, 8125 Adams Dr.
                                                      Hummelstown, PA    17036
                                                      Phone:    (717) 566-6097
                                                      email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | GORDON LEE DEFREESE , JR<br>LARISSA IRIS DEFREESE | CHAPTER 13 |
| | Debtor(s) | |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE | CASE NO: 5-23-02855-MJC |
| | Movant | |
| | vs. | |
| | GORDON LEE DEFREESE , JR<br>LARISSA IRIS DEFREESE | |
| | Respondent(s) | |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on May 10, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>
MICHAEL A. CIBIK
CIBIK LAW,P.C.
1500 WALNUT ST, STE 900
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by 1st Class Mail</u>
GORDON LEE DEFREESE , JR
107 LAUREL ACRES RD
MILFORD, PA 18337-7657

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 10, 2024

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GORDON LEE DEFREESE, JR
LARISSA IRIS DEFREESE

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

GORDON LEE DEFREESE, JR
LARISSA IRIS DEFREESE

Respondent(s)

CHAPTER 13

CASE NO: 5-23-02855-MJC

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.