# United States Bankruptcy Court
# Middle District of Pennsylvania

In re:

Gordon Lee DeFreese, Jr.,
Larissa Iris DeFreese,

Debtors.

Case No. 5:23-bk-02855-MJC

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtors' Second Amended Chapter 13 Plan and notice of confirmation hearing on the following parties by first class mail or through the CM/ECF system:

Ally Capital, c/o AIS Portfolio Services, LL
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Clicklease LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Ally Capital
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial, Inc
500 Woodward Ave
Detroit, MI 48226-3416

AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Anthony C. Carlini, Jr., Esq.
1984 New Hackensack Road
Poughkeepsie, NY 12603-4351

Avant LLC
Attn: Bankruptcy
222 Merchandise Mart Plz Ste 900
Chicago, IL 60654-1105

Best Egg
1523 Concord Pike Suite 201
Wilmington, DE 19803-3656

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chrysler Capital
Po Box 660335
Dallas, TX 75266-0335

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Cornerstone
Po Box 82561
Lincoln, NE 68501-2561

CoverWallet, Inc.
1 Liberty Plz Ste 3201
New York, NY 10006-1404

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Delaware Valley School District
236 209 US-6
Milford, PA 18337

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Fingerhut
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Geico
1 Geico Plz
Bethesda, MD 20810-0001

Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2198

Heritage Financial Credit Union
25 Rykowski Lane
Middletown, NY 10941-4019

Hudson Heritage F C
25 Rykowski Lane
Middletown, NY 10941-4019

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lendclub Bnk
Attn: Bankruptcy Attn: Bankruptcy
595 Market Street , Suite 200
San Francisco, CA 94105-2802

| | | |
|---|---|---|
| OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | PennyMac Loan Services, LLC.<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | Synchrony Bank<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Optimum<br>1 Ct Square W<br>Long Island City, NY 11101 | Pike County Light & Power (PCLP)<br>105 Schneider Ln<br>Milford, PA 18337-7845 | U.S. Attorney, Middle District of Pa.<br>235 N Washington Ave Ste 311<br>Scranton, PA 18503-1533 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Pike County Tax Claim Bureau<br>506 Broad St<br>Milford, PA 18337-1596 | U.S. Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 |
| PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | Prosper Funding LLC<br>221 Main Street Suite 300<br>San Francisco, CA 94105-1909 | U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 |
| | Resurgent Capital Services as servicing agent<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>1 Revenue Pl<br>Harrisburg, PA 17129-0001 | Santander Consumer USA, Inc. d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Westfall Township<br>102 Labarr Ln<br>Matamoras, PA 18336-2437 |
| Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101-2210 | Seventh Ave<br>Attn: Bankruptcy 1112 7th Avenue<br>Monroe, WI 53566-1364 | |

Date: June 4, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com