United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                         Case No. 23-02855-MJC
Gordon Lee DeFreese , Jr                                  Chapter 13
Larissa Iris DeFreese
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                                Page 1 of 4
Date Rcvd: Jul 30, 2025                    Form ID: ordsmiss                          Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Gordon Lee DeFreese, Jr., Larissa Iris DeFreese, 107 Laurel Acres Rd, Milford, PA 18337-7657 |
| 5586173 | | CoverWallet, Inc., 1 Liberty Plz Ste 3201, New York, NY 10006-1404 |
| 5585154 | | Delaware Valley School District, 236 209 US-6, Milford, PA 18337 |
| 5585159 | + | Hudson Heritage F C, 25 Rykowski Lane, Middletown, NY 10941-4019 |
| 5585163 | | Optimum, 1 Ct Square W, Long Island City, NY 11101 |
| 5585168 | + | Pike County Light & Power (PCLP), 105 Schneider Ln, Milford, PA 18337-7845 |
| 5585169 | + | Pike County Tax Claim Bureau, 506 Broad St, Milford, PA 18337-1596 |
| 5585170 | + | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 5585176 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5585179 | | Westfall Township, 102 Labarr Ln, Matamoras, PA 18336-2437 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 18:45:09 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5585143 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 30 2025 18:40:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 5593246 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 18:45:07 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5585141 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 30 2025 18:45:15 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 5585664 | + | EDI: AISACG.COM | Jul 30 2025 22:42:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5598318 | + | EDI: AISACG.COM | Jul 30 2025 22:42:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5585142 | | EDI: GMACFS.COM | Jul 30 2025 22:42:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5597063 | + | Email/Text: bankruptcy@handelcarlini.com | Jul 30 2025 18:40:00 | Anthony C. Carlini, Jr., Esq., 1984 New Hackensack Road, Poughkeepsie, NY 12603-4351 |
| 5585144 | | Email/Text: bk@avant.com | Jul 30 2025 18:40:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 5585145 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 30 2025 18:44:53 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 5586172 | | Email/Text: bky@clicklease.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 30 2025 18:40:00 | Clicklease LLC, 1182w W 2400 S, W Valley City, UT 84119-150 |
| 5585146 | | EDI: CAPITALONE.COM | Jul 30 2025 22:42:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5585147 | | EDI: CAPONEAUTO.COM | Jul 30 2025 22:42:00 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 5590522 | | EDI: CAPITALONE.COM | Jul 30 2025 22:42:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5585148 | + | EDI: JPMORGANCHASE | Jul 30 2025 22:42:00 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850-5298 |
| 5585149 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 30 2025 18:40:00 | Chrysler Capital, Po Box 660335, Dallas, TX 75266-0335 |
| 5597430 | | EDI: CITICORP | Jul 30 2025 22:42:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5585150 | + | EDI: CITICORP | Jul 30 2025 22:42:00 | Citibank/Best Buy, Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 5592649 | | Email/PDF: bncnotices@becket-lee.com | Jul 30 2025 18:45:15 | Clicklease LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5585152 | ^ | MEBN | Jul 30 2025 18:37:28 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 5585153 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2025 18:45:34 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5585155 | | EDI: DISCOVER | Jul 30 2025 22:42:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5585979 | | EDI: DISCOVER | Jul 30 2025 22:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5585156 | + | EDI: BLUESTEM | Jul 30 2025 22:42:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5585157 | | Email/Text: argbsref@geico.com | Jul 30 2025 18:40:00 | Geico, 1 Geico Plz, Bethesda, MD 20810-0001 |
| 5585158 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 30 2025 18:40:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 5597064 | + | Email/Text: jorge.minano@contacthf.com | Jul 30 2025 18:40:00 | Heritage Financial Credit Union, 25 Rykowski Lane, Middletown, NY 10941-4019 |
| 5585160 | | EDI: IRS.COM | Jul 30 2025 22:42:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5594557 | | EDI: JEFFERSONCAP.COM | Jul 30 2025 22:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5590821 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 30 2025 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5597386 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 18:44:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5585161 | + | EDI: LENDNGCLUB | Jul 30 2025 22:42:00 | Lendclub Bnk, Attn: Bankruptcy Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5585162 | | EDI: AGFINANCE.COM | Jul 30 2025 22:42:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5585164 | | Email/Text: fesbank@attorneygeneral.gov | Jul 30 2025 18:40:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5598312 | | EDI: PRA.COM | Jul 30 2025 22:42:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | POB 41067, Norfolk, VA 23541 |
| 5585165 | | EDI: PENNDEPTREV | Jul 30 2025 22:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5585166 | ^ | MEBN | Jul 30 2025 18:37:29 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5594917 | + | Email/PDF: ebnotices@pnmac.com | Jul 30 2025 18:45:17 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5596584 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 18:55:52 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5589857 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 30 2025 18:40:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5585171 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 30 2025 18:40:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5585172 | + | EDI: CBS7AVE | Jul 30 2025 22:42:00 | Seventh Ave, Attn: Bankruptcy 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5585173 | | EDI: SYNC | Jul 30 2025 22:42:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 5585174 | + | EDI: SYNC | Jul 30 2025 22:42:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5585175 | | EDI: SYNC | Jul 30 2025 22:42:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5588518 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 30 2025 18:40:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5585177 | ^ | MEBN | Jul 30 2025 18:37:22 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5595989 | | EDI: AIS.COM | Jul 30 2025 22:42:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5585178 | | EDI: VERIZONCOMB.COM | Jul 30 2025 22:42:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5585151 | | Citibank/The Home Depot, dept, St Louis,, Citicorp Credit Srvs/, PO Box 790034, Centralized BkMO63179 |
| 5585167 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | Clicklease LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 5586174 | *+ | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850-5298 |
| 5597387 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael A. Cibik | on behalf of Debtor 1 Gordon Lee DeFreese Jr. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael A. Cibik | on behalf of Debtor 2 Larissa Iris DeFreese help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gordon Lee DeFreese Jr., | Chapter 13 |
| **Debtor 1** | |
| Larissa Iris DeFreese, | Case No. 5:23−bk−02855−MJC |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: July 30, 2025

ordsmiss (05/18)